**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:18-cv-02472-WYD-MEH

RESTORE LIFE USA, INC., and
JAMES BYRD,

    Plaintiffs,

v.

LIFENEWS.COM, and
STEVEN ERTELT,

    Defendants.

### PLAINTIFFS' MOTION TO EXTEND THE DISCOVERY DEADLINE
### AND COMPEL DEFENDANTS TO PRODUCE MR. ERTELT FOR DEPOSITION[1]

Come now the Plaintiffs Restore Life USA, Inc. and James Byrd, and hereby move this Court for an order extending the discovery deadline to September 30, 2019, and compelling Defendants to produce Mr. Ertelt for deposition between now and September 30, 2019.  In support of this Motion, Plaintiffs state as follows:

1.    The current discovery cutoff is August 30, 2019 [Doc. 25].  Therefore, the discovery period has not yet expired.

2.    Although the Parties have exchanged written discovery, Plaintiffs have not deposed Steven Ertelt, an individual Defendant and the founder, editor, and publisher of co-Defendant LifeNews.com.  Plaintiffs have asked Defendants' counsel to depose Mr. Ertelt several times via phone and via e-mail exchanges as early as May, 2019 and through this month, but Defendants have not agreed to permit his deposition.  Of course, as a party to this case and

---

[1] Pursuant to D.C. Colo. Civ. R. 7.1(a), Plaintiffs certify that they have made reasonable good faith efforts to confer with opposing counsel to resolve the dispute herein.  More specifically, after seeking to depose Mr. Ertelt numerous times via email and phone for months, the undersigned counsel e-mailed Defendants' counsel on August 13, 2019, and called Defendants' counsel on August 21, 2019, to determine if he would consent to extending the discovery deadline and permitting deposition of Mr. Ertelt.  Defendants' counsel has not responded to Plaintiffs' counsel's voicemail or returned his call, nor has he replied to Plaintiff's counsel's e-mail relating to the matter herein.

1

the publisher, founder, and editor of his co-Defendant, Mr. Ertelt's deposition testimony is critically relevant to Plaintiffs' claims in this matter. It would materially prejudice Plaintiffs to be forced to proceed to trial without having an opportunity to depose Mr. Ertelt. Therefore, Plaintiffs respectfully request that this Court order Defendants to cooperate with Plaintiffs to schedule Mr. Ertelt's deposition between now and September 30, 2019.

3.   Plaintiffs respectfully request the Court extent the discovery deadline to September 30, 2019, a one month extension, which will allow Plaintiffs time to travel to Colorado and depose Mr. Ertelt.

4.   The requested extension is not made for the purpose of delay, but rather so that Plaintiffs can depose Mr. Ertelt, a critical witness, and prepare this matter for trial.

WHEREFORE, Plaintiffs respectfully request that the Court grant an extension of the discovery deadline to September 30, 2019, and order Defendants to produce Mr. Ertelt for deposition between now and September 30, 2019.

DATED this 23rd day of August, 2019.

Respectfully submitted,

/s/ R. Andrew Hutchinson
R. Andrew Hutchinson, BPR No. 025473
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
Johnson City, Tennessee  37604
Phone:  (423) 928-0181
Fax:  (423) 979-7657
Email:  dhutchinson@bakerdonelson.com

*Attorney for Plaintiffs Restore Life USA, Inc. and James Byrd*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Samuel Martin Ventola
VENTOLA LAW OFFICE
1775 Sherman Street
Suite 1650
Denver, CO 80203
303-864-9797
Fax: 303-496-6161
Email: sam@samventola.com

*Attorney for Defendants LifeNews.com
   and Steven Ertelt*

/s/ R. Andrew Hutchinson
R. Andrew Hutchinson, BPR No. 025473
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
Johnson City, Tennessee  37604
Phone:  (423) 928-0181
Fax:  (423) 979-7657
Email:  dhutchinson@bakerdonelson.com

*Attorney for Plaintiffs Restore Life USA, Inc.
   and James Byrd*