IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02472-DDD-MEH

RESTORE LIFE USA, INC., and
JAMES BYRD,

    Plaintiffs,

v.

LIFENEWS.COM and
STEVEN ERTELT,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 23, 2019**.

    Plaintiffs' Motion to Extend the Discovery Deadline and Compel Defendants to Produce Mr. Ertelt for Deposition [filed August 23, 2019; ECF 28] is **denied without prejudice** for Plaintiffs' failure to comply with this Court's practice standard and October 16, 2018 order providing that "before filing a motion relating to a discovery dispute, the movant must request a conference with the Court by submitting an email, copied to all parties, to hegarty_chambers@cod.uscourts.gov. *See* Fed. R. Civ. P. 16, cmt. 2015 Amendment." ECF 7.