ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Daniel D. Domenico

Civil Action No. 1:18-cv-02472-DDD-MEH

RESTORE LIFE USA, INC; and
JAMES BYRD,

       Plaintiffs,

v.

LIFENEWS.COM; and
STEVE ERTELT,

       Defendants.

---

## VERDICT FORM

---

## DEFAMATION – RESTORE LIFE USA, INC.

**Question 1:** Did Restore Life USA, Inc. prove the elements of its defamation claim against LifeNews.com and Steven Ertelt as described in Instruction No. 12?

_____ YES          ☒ NO

*If your answer to Question 1 is "YES," then proceed to answer Questions 2-3 under the heading "Damages – Restore Life USA, Inc." on the next page.*

*If your answer to Question 1 is "NO," then skip Questions 2-3 and proceed to Question 4 under the heading "Defamation – James Byrd" on page 4.*

## DAMAGES – RESTORE LIFE USA, INC.

*Answer Questions 2-3 only if you answered "YES" to Question 1.*

**Question 2:** Based on Instruction No. 16, state the amount of compensatory damages you find will fairly and adequately compensate Restore Life USA, Inc. for the injury caused by LifeNews.com's and Steven Ertelt's defamation.

$_____

**Question 3:**

**(a)** Based on Instruction No. 17, do you find that LifeNews.com and Steven Ertelt are guilty of actual malice or wanton, reckless, or willful misconduct toward Restore Life USA, Inc.?

_____ YES          _____ NO

*If your answer to Question 3(a) is "YES," then answer Question 3(b).*

*If your answer to Question 3(a) is "NO," then skip Question 3(b) and proceed to Question 4 on the next page.*

**(b)** State the amount of punitive damages, if any, you award Restore Life USA, Inc. for the purpose of punishing LifeNews.com and Steven Ertelt for their defamation and serving as an example to others.

$_____

*Proceed to Question 4 on the next page.*

## DEFAMATION – JAMES BYRD

**Question 4:** Did James Byrd prove the elements of his defamation claim against LifeNews.com and Steven Ertelt as described in Instruction No. 12?

X YES _____ NO

*If your answer to Question 4 is "YES," then proceed to answer Questions 5-6 under the heading "Damages – James Byrd" on the next page.*

*If your answer to Question 4 is "NO," then skip Questions 5-6 and proceed to sign and date the verdict form on the last page.*

## DAMAGES – JAMES BYRD

*Answer Questions 5-6 only if you answered "YES" to Question 4.*

**Question 5:** Based on Instruction No. 16, state the amount of compensatory damages you find will fairly and adequately compensate James Byrd for the injury caused by LifeNews.com's and Steven Ertelt's defamation.

$ *500,000*

**Question 6:**

**(a)** Based on Instruction No. 17, do you find that LifeNews.com and Steven Ertelt are guilty of actual malice or wanton, reckless, or willful misconduct toward James Byrd?

X **YES**          ____ **NO**

*If your answer to Question 6(a) is "YES," then answer Question 6(b).*

*If your answer to Question 6(a) is "NO," then skip Question 6(b) and proceed to sign and date the verdict form on the last page.*

**(b)** State the amount of punitive damages, if any, you award James Byrd for the purpose of punishing LifeNews.com and Steven Ertelt for their defamation and serving as an example to others.

$ *450,000*

*Proceed to sign and date the verdict form on the next page.*

Page 5 of 6

# SIGNATURE

Juror signature redacted.

Foreperson

Dated this __9__ day of June, 2022.