IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Civil Action No.: 18-cv-02472-DDD-MEH | Date: June 9, 2022 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Julie Thomas |

<u>Parties:</u>                                                                       <u>Counsel:</u>

RESTORE LIFE, USA, INC., et al.,                   R. Andrew Hutchinson

    Plaintiffs,

v.

LIFENEWS.COM, et al.                                      Samuel M. Ventolaw

    Defendants.

## <u>AMENDED</u> COURTROOM MINUTES

**JURY TRIAL (DAY 3)**

**9:34 a.m.**      **Court in session.** Jury not present.

                   Discussion and argument regarding jury instructions and verdict form.

**ORDERED:**    Clerk's office shall provide jury with lunch for the duration of their deliberations commencing on June 9, 2022.

                   Counsel agrees to waive the court reporter having to take down the reading of the jury instructions and verdict form.

**9:50 a.m.**      Court in recess.

**10:22 a.m.**     Court in session. Jury not present.

                   Court's remarks regarding jury instructions and protocol for closing arguments.

**ORDERED:**    Closing arguments shall not exceed **thirty (30) minutes per side.**

**10:25 a.m.**     Jury enters.

| | |
|---|---|
| 10:26 a.m. | Court reads jury instructions and verdict form. |
| 10:52 a.m. | Closing argument by Plaintiffs by Mr. Hutchinson. |
| 11:12 a.m. | Closing argument by Defendants by Mr. Ventola. |
| 11:40 a.m. | Rebuttal argument by Plaintiff by Mr. Hutchinson. |
| 11:47 a.m. | CSO sworn to sit with jury during deliberations. |
| **12:49 p.m.** | Court in recess. Subject to call. |
| **4:08 p.m.** | Court in session. Jury not present. |
| | Court indicates jury has reached a verdict. |
| 4:11 p.m. | Jury enters. |
| | Court reads verdict form. |
| 4:14 p.m. | Jury is polled. |
| | Court thanks jurors for their service and they are discharged. |
| 4:17 p.m. | Jury excused. |
| | Discussion regarding motions for directed verdict. |
| **ORDERED:** | Counsel shall file written motions for directed verdict. |
| **4:17 p.m.** | Court in Recess. **TRIAL CONCLUDED. TOTAL TIME: 1:52** |

**CLERK'S NOTE: Exhibits and depositions were returned to counsel at the conclusion of the trial.**