# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02472

RESTORE LIFE USA, INC., and JAMES BYRD

Plaintiffs

v.

LIFENEWS.COM and STEVEN ERTELT

Defendants

---

## NOTICE OF APPEAL FROM FINAL JUDGMENT

---

Defendants Lifenews.com and Steven Ertelt appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment of the United States District Court for the District of Colorado entered on June 14, 2022, and the order denying motion for directed verdict entered on November 4, 2022.

     Respectfully submitted this 21st day of November 2022.

                      Original retained in the offices of undersigned:

                      /s/ Samuel Ventola
                      Samuel Ventola
                      1775 Sherman St. #1650
                      Denver, Colorado 80203
                      Telephone Number: (303) 864-9797
                      Fax Number: (303) 496-6161
                      Email: sam@samventola.com
                      Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of November 2022, a true and correct copy of the foregoing was served via ECF filing on all counsel of record.

*An original signed copy is retained in the offices of the undersigned.*

/s/ Samuel Ventola_____